IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALBERT G. HILL, III and ERIN NANCE HILL,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § § | Civil Action No. **3:20-CV-3634-L** |
| **THE ESTATE OF ALBERT G. HILL JR.; MARGARET KELIHER; TYREE B. MILLER; LYDA HILL; HEATHER HILL WASHBURNE; ELISA HILL SUMMERS; CHESTER J. DONNALLY, JR.; THE ESTATE OF IVAN IRWIN JR.; CAROL E. ERWIN; and THOMAS P. TATHAM,** | § § § § § § § § § § § § | |
| Defendants. | § | |

## JUDGMENT

The court issues this judgment pursuant to its Memorandum Opinion and Order, filed March 25, 2022. Accordingly, it is hereby **ordered**, **adjudged**, and **decreed** that Albert G. Hill, III and Erin Nance Hill ("Plaintiffs") **take nothing** against The Estate of Albert G. Hill, Jr.; Margaret Keliher, individually and as Executor of the Estate of Albert G. Hill, Jr.; Tyree Miller, individually and as Trustee of The Albert G. Hill, Jr. Family Trust; Chester J. "Don" Donnally, Jr., individually and in his capacity as the court appointed Trustee for the MHTE-Albert G. Hill, Jr. Trust and the HLHTE-Albert G. Hill, Jr. Trust; Carol E. Irwin, in her capacity as Personal Representative and Independent Executor of the Estate of Ivan Irwin, Jr., Deceased; Thomas P. Tatham, individually and in his capacity as an advisory board member for the MHTE-Albert G. Hill, Jr. Trust and the HLHTE-Albert G. Hill, Jr. Trust; Heather Hill Washburne, individually and as an advisory board member for the MHTE-Albert G. Hill, Jr. Income Beneficiary/Heather

Termination Beneficiary Trust; Elisa Hill Summers, individually and as an advisory board member for the MHTE-Albert G. Hill, Jr. Income Beneficiary/Elisa Termination Beneficiary Trust; and Lyda Hill (collectively, "Defendants"); that this action against Defendants is **dismissed with prejudice**; that any request by Defendants for attorney's fees must be filed in accordance with Federal Rule of Civil Procedure 54(d)(2); that all relief requested by Plaintiffs is denied; and that all allowable and reasonable costs are taxed against Plaintiffs.

**Signed** this 25th day of March, 2022.

Sam A. Lindsay
United States District Judge