**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ALBERT G. HILL, III and** | § | |
| **ERIN NANCE HILL** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Civ. Action: No. 3:20-CV-3634-L** |
| | § | |
| **THE ESTATE OF ALBERT G. HILL, JR.;** | § | |
| **MARGARET KELLIHER; TYREE B. MILLER;** | § | |
| **LYDA HILL; HEATHER HILL WASHBURNE;** | § | |
| **ELISA HILL SUMMERS; CHESTER J.** | § | |
| **DONNALLY, JR.; THE ESTATE OF IVAN** | § | |
| **IRWIN, JR.; CAROL E. ERWIN; and** | § | |
| **THOMAS P. TATHAM** | § | |
| | § | |
| **Defendants** | § | |

**NOTICE OF APPEAL**

NOW COME Albert G. Hill, III and Erin Nance Hill, Plaintiffs, giving notice that they are

appealing the following Orders and Judgments of the Court to the United States Court of Appeals

for the Fifth Circuit:

| Doc. Number | Title | Date of Entry or Filing |
|---|---|---|
| 39 | Memorandum Opinion and Order | 03/25/2022 |
| 40 | Judgment | 03/25/2022 |

Respectfully submitted,

/s/ John E. Leslie
**John E. Leslie**
**State Bar No. 12231400**

**JOHN LESLIE | PLLC**
**1805 West Park Row Drive, Suite C**
**Arlington, Texas 76013**
**(817) 405-7700 Phone**
**(817) 505-1292 Fax**
arlingtonlaw@aol.com **email**

**ATTORNEYS FOR ALBERT G. HILL III AND**
**ERIN NANCE HILL**

**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing Notice of Appeal was served via ecf/Pacer on all parties entitled to receive notice of filing of same on April 22, 2022

**/s/ John E. Leslie_____**
**John E. Leslie, certifying attorney**